

FILED
MAR 14 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-mj-00062 GSA |
| | CASE NO. 2:13-CR-00044 (D. Utah) |
| Plaintiff, | |
| | Order |
| v. | ~~MOTION~~ TO UNSEAL INDICTMENT |
| | |
| ISRAEL OCHOA, and | |
| WAYNE LAWRENCE LOVELADY, | |
| | |
| Defendants. | |

The indictment in this case having been sealed by order of the United States District Court for the District of Utah, and it appearing that such indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED: March 14, 2013

BY _____
GARY S. AUSTIN
United States Magistrate Judge

1